Argued March 1, reversed April 3, reconsideration denied May 10, 1978, petition for review pending

KREISCOTT, *Respondent,*
*v.*
A-1 PAINTING AND DECORATING, *Appellant.*
(No. 77-4970, CA 9445)
576 P2d 846

Eugene H. Buckle, Portland, argued the cause for appellant. With him on the brief was Cosgrave & Kester, Portland.

Allan H. Coons, Eugene, argued the cause for respondent. On the brief were Stephen C. Thompson and Coons & Anderson, Eugene.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

## PER CURIAM.

The sole issue on appeal in this worker's compensation case is whether the 65-year-old claimant is permanently and totally disabled. The referee and Board found that he was not and awarded him 75 percent of the maximum available for an unscheduled disability. The circuit court found that claimant was permanently and totally disabled. We agree with the referee and Board.

Reversed.